PER CURIAM.
Appellant challenges the constitutionality of the Prison Releasee Reoffender Act, section 775.082(8)(a)l., Florida Statutes (1997), and its applicability to him. We affirm. See Scott v. State, 721 So.2d 1245 (Fla. 4th DCA 1998); Young v. State, 719 So.2d 1010, 23 Fla. L. Weekly D2457 (Fla. 4th DCA 1998); Plain v. State, 720 So.2d 585, 23 Fla. L. Weekly D2309 (Fla. 4th DCA 1998).
AFFIRMED.
DELL, STEVENSON, JJ., and OWEN, WILLIAM C., Jr., Senior Judge, concur.